IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 03-150 |
| | ) |
| JAMES L. HOPSON, III, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 10th day of November, 2006, following a hearing under Rule 35(b) of the Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED that the court's order of judgment and sentence in the above captioned case, imposed August 13, 2004, is amended as follows:

> "The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a period of 60 months."

IT IS FURTHER ORDERED that the remainder of the court's sentence of August 13, 2004 shall remain in full force and effect.

BY THE COURT:

_____, J.

cc: All Counsel of Record
    U.S. Marshal
    U.S. Probation
    Federal Bureau of Prisons